IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| W. NEAL CHERRY, et al.,   )<br>           )<br>     Plaintiffs,    )<br>           )<br>v.          )     No. 2:20-cv-02532-SHL-tmp<br>           )<br>G. DOUGLAS CHERRY, JR.,   )<br>           )<br>     Defendant.    )| |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT**

Before the Court is Chief Magistrate Judge Tu M. Pham's Report and Recommendation, (ECF No. 10), filed June 24, 2021, recommending that the Court dismiss Plaintiffs' Pro Se Complaint, (ECF No. 1).

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiffs have not objected to the Chief Magistrate Judge's Report and Recommendation. The time to do so has expired. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Chief Magistrate Judge's Report and **DISMISSES** the Complaint without prejudice.

**IT IS SO ORDERED,** this 13th day of August, 2021.

                                                  s/ Sheryl H. Lipman
                                                  SHERYL H. LIPMAN
                                                  UNITED STATES DISTRICT JUDGE